FILED
ENTERED

COUNSEL/PARTIES OF RECORD
RECEIVED
SERVED ON

AUG 11 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| ADOLFO BENNY CARRERAS, | ) | |
| Petitioner, | ) | 3: 10-cv-0469-ECR-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| J. BACA, et al, | ) | |
| | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has paid the filing fee for this action. (Docket #4). The petition shall now be filed and served on respondents.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the Court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

Petitioner has moved for appointment of counsel. (Docket #1-2.)  There is no

1  constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v.*

2  *Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The

3  decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th

4  Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.),

5  *cert. denied*, 469 U.S. 838 (1984).  However, counsel must be appointed if the complexities of the

6  case are such that denial of counsel would amount to a denial of due process, and where the

7  petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See*

8  *Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).

9         The petition on file in this action is well-written and sufficiently clear in presenting

10  the issues that petitioner wishes to bring.  The issues in this case are not complex.  It does not appear

11  that counsel is justified in this instance.  The motion shall be denied.

12

13         **IT IS THEREFORE ORDERED** that the Clerk shall **FILE the petition and**

14  **ELECTRONICALLY SERVE**  the petition (Docket #1-1) upon  respondents.

15         **IT IS FURTHER ORDERED** that petitioner's application to proceed *in forma*

16  *pauperis* is **DENIED** as moot.  (Docket #1.)

17         **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel is

18  **DENIED**.  (Docket #1-2.)

19         **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from

20  entry of this order within which to answer, or otherwise respond to, the petition.  In their answer or

21  other response, respondents shall address any claims presented by petitioner in his petition as well as

22  any claims presented by petitioner in any Statement of Additional Claims.  Respondents shall raise

23  all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and

24  procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed,

25  respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the

26  United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have

1  **forty-five (45) days** from the date of service of the answer to file a reply.

2       **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the

3  Attorney General of the State of Nevada a copy of every pleading, motion, or other document he

4  submits for consideration by the court.  Petitioner shall include with the original paper submitted for

5  filing a certificate stating the date that a true and correct copy of the document was mailed to the

6  Attorney General.  The court may disregard any paper that does not include a certificate of service.

7  After respondents appear in this action, petitioner shall make such service upon the particular Deputy

8  Attorney General assigned to the case.

9

10      DATED this __11__ day of _____August_____, 2010.

11

12                    _Edward C. Reed,_
                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3