

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADOLFO BENNY CARRERAS, | )<br>) |
| Petitioner, | ) 3: 10-cv-00469-ECR-VPC<br>) |
| vs. | )<br>) **ORDER** |
| J. BACA, et al., | )<br>) |
| Respondents. | )<br>) |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner is proceeding *pro se*. On August 25, 2010, petitioner filed a motion for reconsideration of this court's order denying his motion for appointment of counsel. (Docket #8.) This court has reviewed the motion and again concludes that the petition on file in this action is well-written and sufficiently clear in presenting the issues that petitioner wishes to bring. The issues in this case are not complex. The court finds no basis for reconsideration of its prior order denying appointment of counsel. Accordingly, petitioner's motion for reconsideration is **DENIED.** (Docket #8.)

On September 14, 2010, respondents filed a motion for an extension of time to file

1  their response to the petition.  (Docket #11.)  Good cause appearing, respondents' motion is
2  **GRANTED**.  Respondents are granted to and including November 29, 2010, to file their response to
3  the petition.

    DATED this 27th day of Sept., 2010.

*/s/ Larry R. Hicks for ECR*
UNITED STATES DISTRICT JUDGE