1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  ADOLFO BENNY CARRERAS,                )
                                          )
8            Petitioner,                  )        3: 10-cv-00469-ECR-VPC
                                          )
9  vs.                                    )
                                          )        **ORDER**
10  J. BACA, et al.,                      )
                                          )
11          Respondents.                  )
    _____ /

12
13

14        This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner,

15  a state prisoner, is proceeding *pro se*.   On January 27, 2011, petitioner filed a second motion for an

16  extension of time to file his reply to respondents' answer (ECF No. 17).   Petitioner requests an

17  extension of thirty days.   The court is unwilling to grant petitioner such an extensive extension, but

18  **HEREBY GRANTS** petitioner to and including March 1, 2011, to file his reply.   No further

19  enlargements of time will be granted with a showing of extraordinary circumstances.

20
21        DATED this 27th day of January, 2011.

22
23                              *Edward C. Reed.*
                              _____
24                              UNITED STATES DISTRICT JUDGE

25
26